# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

LI XIAO,

                              Petitioner,

   v.

CHRISTOPHER LAROSE, *et al.*,

                              Respondents.

Case No. 26-cv-01907-BAS-BLM

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)**

Petitioner Li Xiao filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The Court held a hearing on the Petition. (ECF No. 7.)

In light of the Government's non-opposition to the Petition, the Court **GRANTS** the Petition and finds that Petitioner's detention has been unreasonably and arbitrarily prolonged under the Due Process Clause. Accordingly, the Court issues the following writ:

> The Court **ORDERS** a bond hearing before an Immigration Judge for Petitioner Li Xiao (A# 240-285-220) within 14 days of the date of this Order. At that hearing, the Government bears the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a flight risk. If the Government fails to provide a timely hearing, Petitioner is ordered released forthwith.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: April 17, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

26cv1907